IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHASE BORUCH,

    Plaintiff,

v.

DONALD J. DUNPHY,
GALEN BAYEN-ALLISON,
ROBERT J. KAISER,
GREGORY M. WEBER,
BRAD SCHIMEL,
JOHN DOE, AND JANE DOE,

    Defendants.

JUDGMENT IN A CIVIL CASE

17-cv-688-wmc

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice.

/s/ Peter Oppeneer, Clerk of Court      11/26/2018